JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOROMAT, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KUEHNE + NAGEL, INC., a New York Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 5:20-cv-00251-JGB-KK<br><br>**ORDER GRANTING STIPULATED REQUEST TO VACATE FUTURE LITIGATION DATES PENDING DISMISSAL**<br><br><br>Complaint Filed:   January 6, 2020 |

///

///

///

1
**ORDER**

## ORDER

The Court, having reviewed the Parties' Notice of Settlement and Stipulated Request to Vacate Future Litigation Dates Pending Dismissal, and finding good cause, ORDERS the following:

1. All current and future litigation and trial dates pursuant to the Scheduling Order [DKT 13] are hereby VACATED.

2. The Parties shall file a Joint Request for Dismissal by March 4, 2021.

Dated: February 2, 2021

HON. JESUS G. BERNAL
U.S. DISTRICT JUDGE